IN THE UNITED STATES BANKRUPTCY COURT OF MARYLAND
GREENBELT DIVISION

IN RE:                                                                  Chapter 7

**MARY FRANKLIN**

    Debtor                                                          Case No.: 14-13266

### NOTICE OF APPEARANCE FOR CREDITOR RANDE MCDADE AND REQUEST FOR NOTICE

**WILL THE CLERK OF THE COURT**, enter the appearance of KIM PARKER, ESQUIRE and the LAW OFFICES OF KIM PARKER, P.A., as Counsel for Rande McDade, Creditor and Interested Party in the aforementioned proceedings. Please direct all notices to the address listed below.

Respectfully Submitted,

LAW OFFICES OF KIM PARKER, P.A.

_____/s/_____
**Kim Parker, Esquire,**
Bar No.: 23894

2123 Maryland Avenue
Baltimore, Maryland 21218
410-234-2621
F: 410-234-2612
kp@kimparkerlaw.com

**Counsel for Rande McDade**