Circuit Court of Maryland

[Go Back](#)

**Case Information**

Court System: **Circuit Court for Baltimore City - Civil System**
Case Number: **24C09006966**
Title: **Rande K McDade Vs Mary Franklin, Et Al**
Case Type: **Other Tort**    Filing Date: **10/23/2009**
Case Status: **Open/Active**

---

**Plaintiff/Petitioner Information**

*(Each Plaintiff/Petitioner is displayed below)*
Party Type: **Plaintiff**    Party No.: **1**
Name: **McDade, Rande K**
Address: **1426 Dartmuth Avenue**
City:    **Baltimore**    State: **MD**    Zip Code: **21234**
**Attorney(s) for the Plaintiff/Petitioner**


Name:    **Parker, Kim D**
Appearance Date: **01/08/2010**
Practice Name:    **The Law Offices Of Kim Parker**
Address:    **2123 Maryland Avenue**
City:    **Baltimore**    State: **MD**    Zip Code: **21218**
Name:    **Singer, Esq, Marvin I**
Appearance Date: **10/23/2009**
Practice Name:
Address:    **10 East Baltimore Street**
         **Suite 901**
City:    **Baltimore**    State: **MD**    Zip Code: **21202**

---

**Defendant/Respondent Information**

*(Each Defendant/Respondent is displayed below)*
Party Type: **Defendant**    Party No.: **2**
Business or Organization Name: **Sapeint Investment, LLC**
Address: **6127 Chiquapin Parkway**
City:    **Baltimore**    State: **MD**    Zip Code: **21239**
Address: **St. Dept. Of Assement And Taxation**
City:    **Baltimore**    State: **MD**    Zip Code: **21201**
Address: **2905 Northern Dancer Road**
City:    **Bowie**    State: **MD**    Zip Code: **20721**
**Aliases Defendant/Respondent**


Name: **Sapien Investments, LLC**

Party Type: **Defendant**    Party No.: **1**
Name: **Franklin, Mary**
Address: **2905 Northern Dancer Road**
City:    **Bowie**    State: **MD**    Zip Code: **20721**
**Attorney(s) for the Defendant/Respondent**

| | |
|---|---|
| Name: | **Cohen, Esq, David W** |
| Appearance Date: | **03/27/2014** |
| Practice Name: | **Law Offices Of David W Cohen** |
| Address: | **Suite 350, Blaustein Bldg** |
| | **1 North Charles Street** |
| City: | **Baltimore**    State: **MD**    Zip Code: **21201** |

**Court Scheduling Information**

Event Type: **Inquisition Hearing- Law**    Notice Date: **06/18/2013**
Event Date: **08/02/2013**    Event Time: **09:30 AM**
Result:    **Postponed**    Result Date: **07/22/2013**

Event Type: **Inquisition Hearing- Law**    Notice Date: **10/10/2013**
Event Date: **10/23/2013**    Event Time: **09:30 AM**
Result:    **Postponed**    Result Date: **10/17/2013**

Event Type: **Inquisition Hearing- Law**    Notice Date: **02/21/2014**
Event Date: **03/05/2014**    Event Time: **09:00 AM**
Result:    Result Date:

**Document Tracking**

     *(Each Document listed. Documents are listed in Document No./Sequence No. order)*
Doc No./Seq No.: **1/0**
File Date:    **10/23/2009**    Entered Date: **10/27/2009**    Decision:
Party Type:    **Plaintiff**    Party No.: **1**
Document Name: **Complaint with Request for Jury Trial**

Doc No./Seq No.: **2/0**
File Date:    **01/08/2010**    Entered Date: **01/13/2010**    Decision:
Party Type:    **Plaintiff**    Party No.: **1**
Document Name: **Entry of Appearance of Co-Counsel for Plaintff**

Doc No./Seq No.: **3/0**
File Date:    **01/19/2010**    Entered Date: **01/28/2010**    Decision:
Party Type:    **Plaintiff**    Party No.: **1**
Document Name: **Request to Reissue Summons**

Doc No./Seq No.: **4/0**
File Date:    **03/02/2010**    Entered Date: **03/02/2010**    Decision:
Document Name: **Notice of Cont. Dismissal Lack of Juris.**
                    **Mary Franklin**
                    **Sapeint Investment, LLC**

Doc No./Seq No.: **5/0**
File Date:    **03/03/2010**    Entered Date: **03/05/2010**    Decision:
Party Type:    **Plaintiff**    Party No.: **1**
Document Name: **Request to Reissue Summons**

Doc No./Seq No.: **6/0**
File Date:    **03/30/2010**    Entered Date: **03/31/2010**    Decision: **Granted**
Party Type:    **Plaintiff**    Party No.: **1**
Document Name: **Motion to defer contemplated dismissal**

Doc No./Seq No.: **6/1**
File Date: **05/27/2010** Entered Date: **05/27/2010** Decision:
Document Name: **Order of Court deferring 2-507(b) dismissal until Sept. 15, 2010**

Doc No./Seq No.: **6/2**
File Date: **05/27/2010** Entered Date: **05/27/2010** Decision:
Document Name: **Copies Mailed**

Doc No./Seq No.: **7/0**
File Date: **05/28/2010** Entered Date: **06/08/2010** Decision:
Party Type: **Plaintiff** Party No.: **1**
Document Name: **Request to Reissue Summons**

Doc No./Seq No.: **8/0**
File Date: **06/03/2010** Entered Date: **06/09/2010** Decision: **Granted**
Party Type: **Plaintiff** Party No.: **1**
Document Name: **Motion to effect substituted service**

Doc No./Seq No.: **8/1**
File Date: **10/06/2010** Entered Date: **10/06/2010** Decision:
Document Name: **Order of Court**
ORDERED that said motion be, and the same hereib is, GRANTED. Judge Prevas.

Doc No./Seq No.: **8/2**
File Date: **10/06/2010** Entered Date: **10/06/2010** Decision:
Document Name: **Copies Mailed**

Doc No./Seq No.: **9/0**
File Date: **06/16/2010** Entered Date: **06/17/2010** Decision:
Party Type: **Defendant** Party No.: **1**
Document Name: **Summons Returned - No Service**
WRIT OF SUMMONS (Private Process) returned 06/16/10

Doc No./Seq No.: **10/0**
File Date: **06/25/2010** Entered Date: **06/29/2010** Decision:
Party Type: **Plaintiff** Party No.: **1**
Document Name: **Motion To Effect Substituted Service(Md. Rule 2-121)With Exhibits & Proposed Order :Filed by Attorney: Kim D Parker Esq**

Doc No./Seq No.: **10/1**
File Date: **08/23/2010** Entered Date: **08/23/2010** Decision: **Granted**
Document Name: **Order of Court**
ORDERED that service of the summons and complaint hereib, and all other papers filed with it be served upon Mary Franklin by regular first class mail(Judge Young)

Doc No./Seq No.: **10/2**
File Date: **08/23/2010** Entered Date: **08/23/2010** Decision:
Document Name: **Copies Mailed**

Doc No./Seq No.: **11/0**
File Date: **09/07/2010** Entered Date: **09/09/2010** Decision: **Granted**

Party Type: **Plaintiff** Party No.: **1**
Document Name: **Motion to Extend Time for Deferral of Contemplated Dismissal**

Doc No./Seq No.: **11/1**
File Date: **11/08/2010** Entered Date: **11/08/2010** Decision:
Document Name: **Order of Court deferring 2-507(b) dismissal until Feb. 15, 2011**

Doc No./Seq No.: **11/2**
File Date: **11/08/2010** Entered Date: **11/08/2010** Decision:
Document Name: **Copies Mailed**

Doc No./Seq No.: **12/0**
File Date: **09/14/2010** Entered Date: **09/16/2010** Decision:
Party Type: **Defendant** Party No.: **1**
Document Name: **Return of Service - Served**
**WRIT OF SUMMONS (Private Process) served 08/25/10**

Doc No./Seq No.: **13/0**
File Date: **09/23/2010** Entered Date: **09/27/2010** Decision:
Party Type: **Defendant** Party No.: **1**
Document Name: **Affidavit of Service 9/16/10 by process server**

Doc No./Seq No.: **14/0**
File Date: **09/23/2010** Entered Date: **09/27/2010** Decision:
Party Type: **Defendant** Party No.: **1**
Document Name: **Affidavit of Service 9/16/10 by process server**

Doc No./Seq No.: **15/0**
File Date: **10/13/2010** Entered Date: **10/19/2010** Decision:
Party Type: **Defendant** Party No.: **2**
Document Name: **Return of Service - Served**
**WRIT OF SUMMONS (Private Process) served 10/13/10**

Doc No./Seq No.: **16/0**
File Date: **12/06/2010** Entered Date: **12/08/2010** Decision:
Party Type: **Defendant** Party No.: **2**
Document Name: **Return of Service - Served**
**WRIT OF SUMMONS (Private Process) served 11/23/10**

Doc No./Seq No.: **17/0**
File Date: **12/08/2010** Entered Date: **12/10/2010** Decision:
Party Type: **Defendant** Party No.: **2**
Document Name: **Affidavit of Service 11/23/10 served**

Doc No./Seq No.: **18/0**
File Date: **12/13/2011** Entered Date: **12/13/2011** Decision:
Document Name: **Notice of Cont. Dismissal Lack of Pros.**

Doc No./Seq No.: **19/0**
File Date: **01/06/2012** Entered Date: **01/10/2012** Decision: **Granted**
Party Type: **Plaintiff** Party No.: **1**
Document Name: **Motion to Defer Dismissal - Md. Rule 2-507(c) (Lack of Prosecution)**

Doc No./Seq No.: **19/1**
File Date: **02/24/2012**    Entered Date: **02/24/2012**    Decision:
Document Name: **Order of Court deferring 2-507(c) dismissal until Dec. 31, 2012**

Doc No./Seq No.: **19/2**
File Date: **02/24/2012**    Entered Date: **02/24/2012**    Decision:
Document Name: **Copies Mailed**

Doc No./Seq No.: **20/0**
File Date: **02/03/2012**    Entered Date: **02/07/2012**    Decision:
Party Type: **Plaintiff**    Party No.: **1**
Document Name: **Notice of Service of Discovery Material**
                                            **Filed by Attorney: Marvin I Singer Esq**

Doc No./Seq No.: **21/0**
File Date: **03/19/2012**    Entered Date: **03/21/2012**    Decision: **Denied**
Party Type: **Plaintiff**    Party No.: **1**
Document Name: **PLAINTIFF'S MOTION FOR SHOW CAUSE AS TO CONTEMPT**

Doc No./Seq No.: **21/1**
File Date: **04/19/2012**    Entered Date: **04/19/2012**    Decision:
Document Name: **Order of Court**
                                            **It is this 11th day of April 2012, Ordered that the motion is denied Murdock, J**

Doc No./Seq No.: **21/2**
File Date: **04/19/2012**    Entered Date: **04/19/2012**    Decision:
Document Name: **Copies Mailed**

Doc No./Seq No.: **22/0**
File Date: **12/04/2012**    Entered Date: **12/04/2012**    Decision: **Denied**
Party Type: **Plaintiff**    Party No.: **1**
Document Name: **Pltff's Motion for Show Cause as to contempt**

Doc No./Seq No.: **22/1**
File Date: **12/14/2012**    Entered Date: **12/14/2012**    Decision:
Document Name: **Order of Court**
                                            **it is this 12th day of dec. 2012 Ordered that plaintiff show cause order is denied Judge Fletcher-Hill**

Doc No./Seq No.: **22/2**
File Date: **12/14/2012**    Entered Date: **12/14/2012**    Decision:
Document Name: **Copies Mailed**

Doc No./Seq No.: **23/0**
File Date: **12/18/2012**    Entered Date: **12/20/2012**    Decision: **Granted**
Party Type: **Plaintiff**    Party No.: **1**
Document Name: **Motion to Defer Dismissal - Md. Rule 2-507(c) (Lack of Prosecution)**

Doc No./Seq No.: **23/1**
File Date: **02/26/2013**    Entered Date: **02/26/2013**    Decision:
Document Name: **Order of Court deferring 2-507(c) dismissal until Dec. 31, 2013**

| | |
|---|---|
| Doc No./Seq No.: | 23/2 |
| File Date: | 02/26/2013 Entered Date: 02/26/2013 Decision: |
| Document Name: | Copies Mailed |

| | |
|---|---|
| Doc No./Seq No.: | 24/0 |
| File Date: | 12/21/2012 Entered Date: 12/27/2012 Decision: **Granted** |
| Party Type: | Plaintiff  Party No.: 1 |
| Document Name: | Plaintiff's Motion For An Order of Default Against Sapeint Investments,LLC a/k/a a Sapient Investments, LLC With Proposed Order |

| | |
|---|---|
| Doc No./Seq No.: | 24/1 |
| File Date: | 01/10/2013 Entered Date: 01/10/2013 Decision: |
| Document Name: | Order of Court |
| | It is this 3rd day of January 2013 Ordered Plaintiff motion for order mof default is granted against defendants. Judge Cox |

| | |
|---|---|
| Doc No./Seq No.: | 24/2 |
| File Date: | 01/10/2013 Entered Date: 01/10/2013 Decision: |
| Document Name: | Copies Mailed |

| | |
|---|---|
| Doc No./Seq No.: | 25/0 |
| File Date: | 01/10/2013 Entered Date: 01/10/2013 Decision: |
| Document Name: | Notice of Default Order Sent |

| | |
|---|---|
| Doc No./Seq No.: | 26/0 |
| File Date: | 04/02/2012 Entered Date: 04/09/2013 Decision: **Granted** |
| Party Type: | Plaintiff  Party No.: 1 |
| Document Name: | Plaintiff's Motion for Default Judgment |

| | |
|---|---|
| Doc No./Seq No.: | 26/1 |
| File Date: | 06/18/2013 Entered Date: 06/18/2013 Decision: |
| Document Name: | Order of Court (DEFAULT JUDGMENT) |
| | 6/11/13 ORDERED THAT THE MOTION FOR JUDGMENT OF DEFAULT IS GRANTED, AND IT IS FURTHER DEFENDANTS MARY FRANKLIN AND SAPEINT INVESTMENTS LLC, A/K/A SAPIENT INVESTMENTS LLC ON THE ISSUE OF LIABILTY, AND IT IS FURTHER ORDERED THAT THE CLERK SHALL SCHEDULE A HEARING TO DETERMINE THE AMOUNT OF DAMAGES (TANNER, J.) |

| | |
|---|---|
| Doc No./Seq No.: | 26/2 |
| File Date: | 06/18/2013 Entered Date: 06/18/2013 Decision: |
| Document Name: | Copies Mailed |

| | |
|---|---|
| Doc No./Seq No.: | 27/0 |
| File Date: | 06/18/2013 Entered Date: 06/18/2013 Decision: |
| Document Name: | Hearing/Trial Notice Sent |
| | Event: INQ Block Date: 08/02/13 Facility: 403F<br>PARTIES :<br>Franklin, Mary 2905 Northern Dancer Road , Bowie, MD, 20721<br>Sapeint Investment, LLC, 6127 Chiquapin Parkway , Baltimore, MD, 21239<br>Sapeint Investment, LLC, St. Dept. Of Assement And Taxation 301 West Preston Street, Baltimore, MD, 21201<br>Sapeint Investment, LLC, 2905 Northern Dancer Road , Bowie, MD, 20721<br>Parker, Kim 2123 Maryland Avenue , Baltimore, MD, 21218<br>Singer, Marvin 10 East Baltimore Street Suite 901, Baltimore, MD, 21202 |

| | |
|---|---|
| Doc No./Seq No.: | 28/0 |
| File Date: | 07/22/2013  Entered Date: 07/22/2013  Decision: |
| Document Name: | Hearing/Trial Notice Sent |

Event: INQ Block Date: 10/23/13 Facility: 403F
PARTIES :
Franklin, Mary 2905 Northern Dancer Road , Bowie, MD, 20721
Sapeint Investment, LLC, 6127 Chiquapin Parkway , Baltimore, MD, 21239
Sapeint Investment, LLC, St. Dept. Of Assement And Taxation 301 West Preston Street, Baltimore, MD, 21201
Sapeint Investment, LLC, 2905 Northern Dancer Road , Bowie, MD, 20721
Parker, Kim 2123 Maryland Avenue , Baltimore, MD, 21218
Singer, Marvin 10 East Baltimore Street Suite 901, Baltimore, MD, 21202

| | |
|---|---|
| Doc No./Seq No.: | 29/0 |
| File Date: | 07/19/2013  Entered Date: 07/22/2013  Decision: |
| Party Type: | Defendant  Party No.: 1 |
| Document Name: | Motion for Postponement/Continuance |

Filed by DEF001-Franklin, DEF002-Sapeint Investment, LLC (has already been postpone)

| | |
|---|---|
| Doc No./Seq No.: | 30/0 |
| File Date: | 07/24/2013  Entered Date: 07/25/2013  Decision: |
| Party Type: | Plaintiff  Party No.: 1 |
| Document Name: | Notice of Service of Discovery Material |

| | |
|---|---|
| Doc No./Seq No.: | 31/0 |
| File Date: | 07/26/2013  Entered Date: 07/26/2013  Decision: Approved |
| Document Name: | Civil Postponement Approved |

| | |
|---|---|
| Doc No./Seq No.: | 32/0 |
| File Date: | 07/25/2013  Entered Date: 07/30/2013  Decision: |
| Party Type: | Plaintiff  Party No.: 1 |
| Document Name: | Notice of Service of Discovery Material |

| | |
|---|---|
| Doc No./Seq No.: | 33/0 |
| File Date: | 08/05/2013  Entered Date: 08/28/2013  Decision: |
| Document Name: | Affidavit of Service - Served |

Served upon David Wetzel Auth Agent by & For Wetzel & Lanzi Inc 07/24/13 Subpoena And Deposition

| | |
|---|---|
| Doc No./Seq No.: | 34/0 |
| File Date: | 08/19/2013  Entered Date: 09/06/2013  Decision: |
| Party Type: | Plaintiff  Party No.: 1 |
| Document Name: | Notice of Service of Discovery Material |

| | |
|---|---|
| Doc No./Seq No.: | 35/0 |
| File Date: | 10/10/2013  Entered Date: 10/10/2013  Decision: |
| Document Name: | Batch Hearing Notice Sent |

Event: INQ Block Date: 10/23/13 Facility: 403F
PARTIES :
Franklin, Mary 2905 Northern Dancer Road , Bowie, MD, 20721
Sapeint Investment, LLC, 6127 Chiquapin Parkway , Baltimore, MD, 21239
Sapeint Investment, LLC, St. Dept. Of Assement And Taxation 301 West Preston Street, Baltimore, MD, 21201

Sapeint Investment, LLC, 2905 Northern Dancer Road , Bowie, MD, 20721
Parker, Kim 2123 Maryland Avenue , Baltimore, MD, 21218
Singer, Marvin 10 East Baltimore Street Suite 901, Baltimore, MD, 21202

| | |
|---|---|
| Doc No./Seq No.: | 36/0 |
| File Date: | 10/17/2013  Entered Date: 10/17/2013  Decision: |
| Document Name: | Hearing/Trial Notice Sent |

Event: INQ Block Date: 03/05/14 Facility: 403F
PARTIES :
Franklin, Mary 2905 Northern Dancer Road , Bowie, MD, 20721
Sapeint Investment, LLC, 6127 Chiquapin Parkway , Baltimore, MD, 21239
Sapeint Investment, LLC, St. Dept. Of Assement And Taxation 301 West Preston Street, Baltimore, MD, 21201
Sapeint Investment, LLC, 2905 Northern Dancer Road , Bowie, MD, 20721
Parker, Kim 2123 Maryland Avenue , Baltimore, MD, 21218
Singer, Marvin 10 East Baltimore Street Suite 901, Baltimore, MD, 21202

| | |
|---|---|
| Doc No./Seq No.: | 37/0 |
| File Date: | 10/23/2013  Entered Date: 10/23/2013  Decision: **Approved** |
| Document Name: | Civil Postponement Approved |

| | |
|---|---|
| Doc No./Seq No.: | 38/0 |
| File Date: | 02/21/2014  Entered Date: 02/21/2014  Decision: |
| Document Name: | Batch Hearing Notice Sent |

Event: INQ Block Date: 03/05/14 Facility: 403F
PARTIES :
Franklin, Mary 2905 Northern Dancer Road , Bowie, MD, 20721
Sapeint Investment, LLC, 6127 Chiquapin Parkway , Baltimore, MD, 21239
Sapeint Investment, LLC, St. Dept. Of Assement And Taxation 301 West Preston Street, Baltimore, MD, 21201
Sapeint Investment, LLC, 2905 Northern Dancer Road , Bowie, MD, 20721
Parker, Kim 2123 Maryland Avenue , Baltimore, MD, 21218
Singer, Marvin 10 East Baltimore Street Suite 901, Baltimore, MD, 21202

| | |
|---|---|
| Doc No./Seq No.: | 39/0 |
| File Date: | 03/05/2014  Entered Date: 03/05/2014  Decision: **Granted** |
| Party Type: | Defendant  Party No.: 1 |
| Document Name: | Defendants Notice of Bankruptcy Stay |

| | |
|---|---|
| Doc No./Seq No.: | 39/1 |
| File Date: | 03/27/2014  Entered Date: 03/27/2014  Decision: |
| Document Name: | Order of Court |

ORDERED THAT THIS ACTION IS STAYED AS TO ALL CLAIMS AGAINST DEFENDANT MARY M. FRANKLIN(JUDGE HANDY)

| | |
|---|---|
| Doc No./Seq No.: | 39/2 |
| File Date: | 03/27/2014  Entered Date: 03/27/2014  Decision: |
| Document Name: | Copies Mailed |

| | |
|---|---|
| Doc No./Seq No.: | 40/0 |
| File Date: | 02/28/2014  Entered Date: 03/05/2014  Decision: |
| Party Type: | Plaintiff  Party No.: 1 |
| Document Name: | Notice of Service of Discovery Material |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland rules 16-1001 through 16-1011, or because of the*

*practical difficulties inherent in reducing a case record into an electronic format.*