**IN THE UNITED STATES BANKRUPTCY COURT OF MARYLAND**
**GREENBELT DIVISION**

IN RE:                                        *           Chapter 7

**MARY FRANKLIN**

    Debtor                              *           Case No.: **14-13266**

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**RANDEE MCDADE**                *

    Movant

                                        *

vs.

**MARY FRANKLIN**                    *

    Respondent

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## REQUEST FOR PRODUCTION OF DOCUMENTS   (EXHIBIT B)

### INSTRUCTIONS

1.  Electronically stored information ("ESI"), including but not limited to electronic mail, text messages, word processing files, spreadsheet files, and database files, should be produced in native format or as portable document format ("PDF") images of the original files.

2.  Documents originally in paper form may be produced as PDF images.

3.  If the requested documents are maintained in a file, the file folder is included in the request for production of those documents.

4.  If documents or ESI are produced in native form (for ESI) or PDF form (for documents or ESI), the production should be made on CD or DVD disks.

5.  For any files provided that are protected by passwords, the passwords for such files should be provided by separate correspondence.

6.  Complete the enclosed form certifying the records produced in response to this subpoena.

### DEFINITIONS

1. *Communication:* The term "communication" means the transmittal of information by any means.

2. *Concerning:* The term "concerning" means relating to, referring to, describing, evidencing, or constituting.

3. *Document:* The terms "document" and "documents" are defined to be synonymous in meaning and equal in scope to the usage of the term "documents" in the Maryland Rules of Civil Procedure and include(s) the term "writing".  Unless the producing party demonstrates undue burden or other grounds sufficient to meet the requirements of Maryland Rules of Civil Procedure and Rules of Evidence, electronic mail and other electronically stored information ("ESI") is included within the definition of the term "document." The terms "writings", "recordings", and "photographs" are defined to be synonymous in meaning and equal in scope to the usage of those terms in the Maryland Rules of Civil Procedure.  A draft or non-identical copy is a separate document within the meaning of the term "document".

4. *Person:* The term "person" is defined as any natural person or any business, legal or governmental entity, or association.

5. *You/Your:* The terms "you" or "your" include the person(s) to whom these Request is addressed, and all of that person's agents, representatives, and attorneys.

8. The present tense includes the past and future tenses.  The singular includes the plural, and the plural includes the singular.  "All" means "any and all"; "any" means "any and all."

"Including" means, "including but not limited to."  "And" and "or" encompass both "and" and "or."  Words in the masculine, feminine, or neuter form shall include each of the other genders.

## DOCUMENT REQUESTS

1) Consistent with the aforementioned instructions and definitions, produce documents or electronically stored information sufficient to identify all documents in your possession regarding:

2) Copies of all insurance policies in effect from January 1, 2006 through January 1, 2007 with regard to 6127 Chinquapin Parkway, Baltimore, Maryland 21239 ;

3) All communications between you and your insurance carrier regarding injuries to Randee McDade sustained at 6127 Chinquapin Parkway, Baltimore, Maryland 21239.;

4) Copies of all communications between you and a third party with respect to the accident on December 20, 2006 at 6127 Chinquapin Parkway, Baltimore, Maryland 21239;

5) Copies of all documents pertaining to repairs to 6127 Chinquapin Parkway, Baltimore, Maryland 21239, from January 1, 2003 through January 1, 2009.

6) Copies of all lease agreements with tenants occupying 6127 Chinquapin Parkway, Baltimore, Maryland 21239, from January 1, 2004 through May 12, 2014;

7) Copies of all rent payments received from January 1, 2005 through January 1, 2011;

8) Copies of all documents in your possession regarding the tenancy of Rande McDade at 6127 Chinquapin Parkway, Baltimore, Maryland 21239;

9) Copies of all photographs in your possession relating to 6127 Chinquapin Parkway, Baltimore, Maryland 21239;

10) Complete copies (including all schedules ) of your personal tax returns for years 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012 and 2013;

11) Complete copies (including all schedules) of your business tax returns for tax returns for years 2005, 2006, 2007, 2008, 2009, 2010, 2011, 2012 and 2013;

12) Complete copies of your personal bank statements for years 2007, 2008, 2009, 2010, 2011, 2012 , 2013 and 2014 (year to date);

13) Complete copies of your business bank statements for years 2007, 2008, 2009, 2010, 2011, 2012 , 2013 and 2014 (year to date);

14) Copies of your Mortgage Statements regarding 6127 Chinquapin Parkway, Baltimore, Maryland 21239 from January 1, 2006 through January 1, 2007;

Respectfully Submitted,

LAW OFFICES OF KIM PARKER, P.A.

_____/s/_____
Kim Parker, Esquire
Bar No.: 23894
2123 Maryland Avenue
Baltimore, Maryland 21218
410-234-2621