

/s/ Paul Mannes
PAUL MANNES
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTC
GREENBELT DIVISION

| | | |
|---|---|---|
| IN RE: | * | Chapter 7 |
| **MARY FRANKLIN** | | |
|    Debtor | * | Case No.: **14-13266** |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**RANDEE MCDADE**        \*

   Movant

\*

vs.

**MARY FRANKLIN**        \*

   Respondent

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING CREDITOR'S MOTION TO FURTHER EXTEND DEADLINE FOR FILING COMPLAINT OBJECTING TO DISCHARGE

Creditor Randee McDade, moved pursuant to Bankruptcy Rule 4004(b) to extend the deadline for objecting to the debtor's discharge. The motion alleges due cause for extending the deadline. It is therefore ORDERED that the deadline for filing a complaint under Section 727 is hereby EXTENDED to and including August 9, 2014.

End of Order

cc:

Kim Parker, Esq.
**Counsel to Creditor Randee McDade**

David W. Cohen, Esq.
**Counsel to Debtor Mary Franklin**

Cheryl E. Rose, Esq.
**Chapter 7 Trustee**

All Creditors of Record