Entered: August 18, 2014
Signed: August 18, 2014

**SO ORDERED**



WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| MARY FRANKLIN | * | Case No.  14-13266 |
| Debtor | * | Chapter 7 |

\* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| RANDE McDADE, | | |
| Movant | * | |
| v. | | |
| MARY FRANKLIN, | * | |
| Respondent | | |

\* \* \* \* \* \* \*

### ORDER RECONSIDERING ORDER GRANTING MOTION FOR RULE 2004 EXAM

Before the Court is the Debtor's Motion to Reconsider the Order Granting Motion for Rule 2004 Exam (the "Motion to Reconsider") and the Opposition thereto filed by Randee McDade.  The Court held a hearing to consider this matter on August 5, 2014.  For the reasons set forth on the record at the hearing, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED**, that the Motion to Reconsider is granted, in part, as set forth herein; and it is further

**ORDERED**, that the Debtor's request for protective order is granted, and the Debtor's response to Document Request Numbers 10, 11, 12 and 13 shall be limited to the five years preceding the date of the bankruptcy filing; and it is further

**ORDERED**, that the Debtor is not required to respond to Document Request Numbers 5, 6 and 7.

cc:

David W. Cohen
Cheryl Rose, Trustee
Kim Parker, Esq.
Debtor

END OF ORDER